JS - 6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| TYRONE HARRIS, | ) | Case No. CV 07-3085-DSF (OP) |
| | ) | |
| Petitioner, | ) | J U D G M E N T |
| | ) | |
| vs. | ) | |
| | ) | |
| R. J. SUBIA, Warden, | ) | |
| | ) | |
| Respondent. | ) | |

Pursuant to the Order Adopting Findings, Conclusions, and Recommendations of the United States Magistrate Judge,

/ / /

/ / /

/ / /

1    IT IS ADJUDGED that Judgment be entered: (1) approving and adopting this
2 Report and Recommendation; (2) denying Respondent's Motion to Dismiss as moot;
3 and (3) directing that Judgment be entered denying the Petition and dismissing this
4 action with prejudice.

7 DATED: 12/15/08

                          HONORABLE DALE S. FISCHER
                          United States District Judge

10 Prepared by:

HONORABLE OSWALD PARADA
13 United States Magistrate Judge